UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON BRIAN ISAACSON,<br><br>Third Party Witness. | CASE NO. 2:26-mc-00020-TL<br><br>ORDER ON TRANSFER OF MOTION |

This matter is before the Court on Brian Isaacson's "Motion to Transfer the Motion to Quash Subpoenas for Deposition of Third-Party Witness Brian Isaacson and in the alternative Motion to Quash Subpoenas." Dkt. No. 1 ("Combined Motion"). The subpoena at issue is related to the case *USA v. William T. Romanowski, et al.*, No. 4:23-CV-03003, which is pending in the United States District Court for the Northern District of California. Having considered the Combined Motion, the response submitted by the United States of America (Dkt. No. 3), and Mr. Isaacson's reply (Dkt. No. 6), the Court GRANTS the motion to transfer and TRANSFERS the motion to quash to United States District Court for the Northern District of California.

ORDER ON TRANSFER OF MOTION – 1

Federal Rule of Civil Procedure 45(f) provides:

> When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances. Then, if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court. To enforce its order, the issuing court may transfer the order to the court where the motion was made.

Here, the subpoena in question was issued by the United States District Court for the Northern District of California. Dkt. No. 1 at 1. The "person subject to the subpoena," Brian Isaacson, has himself moved to transfer his own motion to the issuing court, and in doing so has provided his express written consent to the transfer of the Motion to Quash to the issuing court. *See generally id*. Moreover, Mr. Isaacson represents that there is currently a similar motion to quash, filed by another subpoenaed third party, before the issuing court, and opposing counsel does not oppose the transfer. Dkt. No. 1 at 2; *see generally* Dkt. No. 3. Accordingly, the Court finds good cause to transfer the motion to the United States District Court for the Northern District of California, where it may be assigned to the issuing judge.

Accordingly, the Combined Motion is GRANTED IN PART and TRANSFERRED to the issuing court for further consideration. It is hereby ORDERED:

(1)    The Unopposed Motion to Transfer is GRANTED.

(2)    The Combined Motion (Dkt. No. 1) is TRANSFERRED to the Northern District of California for resolution of the Motion to Quash.

(3)    The Clerk of Court is DIRECTED to close this matter after the motion is transferred.

Dated this 15th day of April, 2026.

Tana Lin
United States District Judge

ORDER ON TRANSFER OF MOTION – 2