UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BRIAN ISAACSON

Case No.  26-mc-80118-KAW

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Gonzalez Rogers for consideration of whether the case is related to 23-cv-3003-YGR, *United States of America v. Romanowski*.

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge